RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Andy Phouphayry

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDY PHOUPHAYRY,<br><br>　　　　Defendant. | Case No. 2:23-mj-00360-NJK<br><br>**UNOPPOSED MOTION TO WITHDRAW DEFENDANT'S WAIVER OF TEMPORARY RIGHT TO CUSTODY UNDER THE IAD (ECF NO. 9)** |

　　1)　On April 25, 2023, defense counsel inadvertently filed a Waiver of Temporary Right to Custody under the Interstate Agreement on Detainer's Act (IAD) on the defendant's behalf. As a prisoner already incarcerated in the state system, Mr. Phouphayry wishes to invoke his right pursuant to the "anti-shuttling" provisions of the IAD and remain in temporary custody in the federal system during the pendency of his federal prosecution. Defense counsel requests that the waiver be withdrawn. Mr. Phouphayry has no opposition.

　　2)　Government counsel has no opposition to this request.

　　　　　　　　　　　　　　　　IT IS SO ORDERED.
　　　　　　　　　　　　　　　　Dated:  April 27, 2023
　　　　　　　　　　　　　　　　.
　　　　　　　　　　　　　　　　.
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　United States Magistrate Judge

1 | DATED this 26th day of April, 2023.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Raquel Lazo*
_____
RAQUEL LAZO
Assistant Federal Public Defender
Attorney for Andy Phouphayry